**DEFENDANT:** Aundrey Douglas  
**CASE NUMBER:** 604-00010-006

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __116 months__ .

[X] The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation to the federal facility at Estill, South Carolina  Further, the Court recommends that the defendant be afforded the maximum alcohol and drug abuse treatment available while in the custody of the Bureau of Prisons.

[X] The defendant is remanded to the custody of the United States Marshal.  
[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at ___ [ ] a.m. [ ] p.m. on _____.  
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

   [ ] before 2 p.m. on _____.  
   [ ] as notified by the United States Marshal.  
   [ ] as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __04-20-05__ to __FCI Ashland__ at __Ashland, KY__ , with a certified copy of this judgment.

Terry O'Brien, Warden  
United States Marshal

By _____  
Deputy United States Marshal