# United States District Court
## *Southern District of Georgia*

SCOTT L. POFF  
CLERK

OFFICE OF THE CLERK  
P.O. Box 8286  
SAVANNAH, GEORGIA   31412

TELEPHONE   (912)650-4020

Thomas K. Kahn, Clerk  
U.S. Court of Appeals  
56 Forsyth Street, NW  
Atlanta, GA  30303

D.C. Number   CR604-10

U.S.C.A. Number   08-15479-E

RE: USA Vs. Aundrey Douglas

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☐ First Notice of Appeal:   ☑ Yes   ☐ No  
Date of other _____

☐ Certified record on appeal consisting of:  
___ Volume (s) of pleadings;   ___ Volume (s) of transcripts;  
___ Volume (s) of exhibits/deposition;   ___ other: Original Papers _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid:   ☐ Yes   ☐ No  
Date paid _____

☐ Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is  B. Avant Edenfield

☒ The Court Reporter is  Lora Carter

☐ This is an appeal of a bankruptcy order  
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

cc:

Sincerely,

SCOTT L. POFF, CLERK  
U.S. DISTRICT COURT

BY: _____  
Deputy Clerk

DATE:  1/13/09

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 08, 2009

Scott L. Poff
Clerk, U.S. District Court
125 BULL ST RM 306
SAVANNAH  GA  31401-3762

**Appeal Number: 08-15479-E**
Case Style: USA v. Aundrey Douglas
District Court Number:  04-00010 CR-6

Please forward the original papers filed in your court together with any documentary exhibits and an updated copy of your docket entries for use by this court in ruling on a motion filed by the appellant. This material will be returned when the motion has been determined.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

CLK-1 (03-2004)

Scott L. Poff
Clerk, U.S. District Court
125 BULL ST RM 306
SAVANNAH  GA  31401-3762

January 08, 2009

**Appeal Number: 08-15479-E**
Case Style: USA v. Aundrey Douglas
District Court Number:  04-00010 CR-6

TO:   Scott L. Poff

CC:   Administrative File